**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   Metrogate, LLC, a Delaware limited liability company

3. **Other names you know the debtor has used in the last 8 years**

   Advance Realty Group, LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 2 – 2 7 9 0 4 2 2
   EIN

5. **Debtor's address**

   Principal place of business

   1041    U.S. Highway 202/206
   Number  Street

   _____

   Bridgewater          NJ    08807
   City                 State ZIP Code

   Somerset County
   County

   Mailing address, if different

   _____
   Number  Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____,_____
   Number  Street

   _____

   _____
   City        State    ZIP Code

Debtor   **Metrogate, LLC**    Case number (if known) _____
         Name

6. **Debtor's website** (URL)    http://www.advancere.com/

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.  (Real estate development, investment, and management company)
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                      MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                      MM / DD / YYYY

## Part 3:  Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   **Metrogate, LLC**
         Name                                                               Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Taberna Preferred Funding II, Ltd. | Junior Subordinated Note in the unpaid principal amount of $36,090,000 | $ 9,225,265.67 |
| Taberna Preferred Funding IV, Ltd. | Junior Subordinated Note in the unpaid principal amount of $36,090,000 | $ 32,707,760.10 |
| Taberna Preferred Funding VI, Ltd. | Junior Subordinated Note in the unpaid principal amount of $36,090,000 | $ 5,031,963.09 |

Total of petitioners' claims    See Addendum for Additional Creditor
$ _____

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

**Name and mailing address of petitioner**

Taberna Preferred Funding II, Ltd.                            M. Blake Cleary
Name                                                          Printed name

See Below                                                     Young Conaway Stargatt & Taylor, LLP
Number   Street                                               Firm name, if any

                                                              1000 North King Street
_____ _____ _____                           Number   Street
City        State        ZIP Code

                                                              Wilmington          DE          19801
                                                              City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

TP Management LLC, its collateral manager or attorney-in-fact    Contact phone (302) 571-6600   Email mbcleary@ycst.com
Name

1345 Avenue of the Americas                                      Bar number  3614
Number   Street

New York            NY          10105                            State  DE
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 22 / 2015                      X  /s/ M. Blake Cleary
             MM / DD / YYYY                         _____
                                                    Signature of attorney
X  [signature]
_____         Date signed  12/22/2015
Signature of petitioner or representative,                       MM / DD / YYYY
including representative's title

Official Form 205                      Involuntary Petition Against a Non-Individual                     page 3

Debtor   **Metrogate, LLC**
_____
Name

Case number (if known) _____

### Name and mailing address of petitioner

Taberna Preferred Funding IV, Ltd.
_____
Name

See Below
_____
Number    Street

_____   _____   _____
City                         State     ZIP Code

### Name and mailing address of petitioner's representative, if any

TP Management LLC, its collateral manager or attorney-in-fact
_____
Name

1345 Avenue of the Americas
_____
Number    Street

New York                     NY        10105
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/22/2015
             MM / DD / YYYY

✗ /s/ [signature]
Signature of petitioner or representative, including representative's title

M. Blake Cleary
_____
Printed name

Young Conaway Stargatt & Taylor, LLP
_____
Firm name, if any

1000 North King Street
_____
Number    Street

Wilmington                   DE        19801
City                         State     ZIP Code

Contact phone (302) 571-6600    Email  mbcleary@ycst.com

Bar number    3614

State    DE

✗ /s/ M. Blake Cleary
_____
Signature of attorney

Date signed   12/22/2015
              MM / DD / YYYY

### Name and mailing address of petitioner

Taberna Preferred Funding VI, Ltd.
_____
Name

See Below
_____
Number    Street

_____   _____   _____
City                         State     ZIP Code

### Name and mailing address of petitioner's representative, if any

TP Management LLC, its collateral manager or attorney-in-fact
_____
Name

1345 Avenue of the Americas
_____
Number    Street

New York                     NY        10105
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/22/2015
             MM / DD / YYYY

✗ /s/ [signature]
Signature of petitioner or representative, including representative's title

M. Blake Cleary
_____
Printed name

Young Conaway Stargatt & Taylor, LLP
_____
Firm name, if any

1000 North King Street
_____
Number    Street

Wilmington                   DE        19801
City                         State     ZIP Code

Contact phone (302) 571-6600    Email  mbcleary@ycst.com

Bar number    3614

State    DE

✗ /s/ M. Blake Cleary
_____
Signature of attorney

Date signed   12/22/2015
              MM / DD / YYYY

Debtor   **Metrogate, LLC**                                                                 Case number (if known)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Taberna Preferred Funding I, Ltd. | Junior Subordinated Note in the unpaid principal amount of $25,780,000 | $ 33,623,452.64 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 80,588,441.50 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Taberna Preferred Funding I, Ltd.

**Petitioners or Petitioners' Representative**

Taberna Preferred Funding I, Ltd.

**Attorneys**

**Name and mailing address of petitioner**

Taberna Preferred Funding I, Ltd.
Name

See Below
Number   Street

New York
City                    State          ZIP Code

M. Blake Cleary
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name, if any

1000 North King Street
Number   Street

Wilmington                DE           19801
City                      State        ZIP Code

Contact phone (302) 571-6600   Email mbcleary@ycst.com

Bar number   3614

State   DE

**Name and mailing address of petitioner's representative, if any**

TP Management LLC, its collateral manager or attorney-in-fact
Name

1345 Avenue of the Americas
Number   Street

Atlanta                  NY           10105
City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/22/2015
             MM / DD / YYYY

X  /s/ [signature]
Signature of petitioner or representative, including representative's title

X  /s/ M. Blake Cleary
Signature of attorney

Date signed  12/22/2015
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3