IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>METROGATE, LLC f/k/a ADVANCE REALTY GROUP, LLC,<br><br>Alleged Debtor. | Case No. 15-12593-KJC<br><br>Chapter 11 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11 of the United States Code was filed against you on December 22, 2015, in this Bankruptcy Court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the Clerk:
United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of your motion or answer upon petitioners' attorneys.

Name and Address of Petitioners' Attorneys:

| | | |
|---|---|---|
| M. Blake Cleary (No. 3614)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Tel: 302-571-6600<br>Fax: 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 | John W. Weiss<br>Jonathan Edward<br>ALSTON & BIRD LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>Tel: 212-210-9400<br>Fax: 212-210-9444 | Grant T. Stein<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309-3424<br>Tel: 404-881-7000<br>Fax: 404-881-7777 |

Attorneys for Petitioners Taberna Preferred Funding I, Ltd., Taberna Preferred Funding II, Ltd., Taberna Preferred Funding IV, Ltd., and Taberna Preferred Funding VI, Ltd,

01:18090935.1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

**If you fail to respond to this summons, the order for relief will be entered.**

                                        **DAVID D. BIRD**
                                Clerk of the United States Bankruptcy Court
                                for the District of Delaware

December 22, 2015            By: _____
                                             Deputy Clerk