# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| METROGATE, LLC f/k/a ADVANCE ) | Case No. 15-12593 (KJC) |
| REALTY GROUP, LLC, ) | |
| ) | Chapter 11 (Involuntary) |
| Alleged Debtor. ) | |
| ) | |
| ) | |
| _____ ) | D.I. 1, 16, 19, 84 |

## ORDER
## DISMISSING BANKRUPTCY CASE

AND NOW, this 26th day May, 2016, upon consideration of the following motions:

(1) The Petitioning Creditors'[1] involuntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Involuntary Petition") against the alleged debtor, Metrogate LLC ("Metrogate") in the United States Bankruptcy Court for the District of Delaware (D.I. 1);

(2) Metrogate's Motion to Dismiss Involuntary Petition and Request for Award of Damages, Fees, and Costs for Bad Faith Filing (D.I. 16); and

(3) The Petitioning Creditors' combined Motions for Summary Judgment on the December 22, 2015, Involuntary Petition and the Involuntary Debtor's January 13, 2016, Motion to Dismiss (the "SJ Motions") (D.I. 19)

and the responses thereto, and after oral argument and multiple evidentiary hearings, and for the reasons set forth in the foregoing Opinion, it is hereby **ORDERED** that:

---

[1] The Petitioning Creditors are: Taberna Preferred Funding I, Ltd. ("Fund I"), Taberna Preferred Funding II, Ltd. ("Fund II"), Taberna Preferred Funding IV, Ltd. ("Fund IV"), and Taberna Preferred Funding VI, Ltd. ("Fund VI").

(1) Metrogate's Motion to Dismiss Involuntary Petition and Request for Award of Damages, Fees, and Costs for Bad Faith Filing is **GRANTED**, in part, as follows:

    (a) the Motion to Dismiss is GRANTED;

    (b) the Involuntary Petition is DISMISSED;

    (c) the Court retains jurisdiction to determine the Request for Award of Damages, Fees, and Costs for Bad Faith Filing under 11 U.S.C. § 303(i)(1) and (2)—any such request must be made by motion within thirty (30) days of the date of this order;

(2) The SJ Motions are **DENIED** as moot.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: M. Blake Cleary, Esquire[2]

---

[2] Counsel shall serve copies of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.